

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAMON CHAPPELL AND KIMBERLY CHAPPELL, | § | No. 08-11-00200-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 210th District Court |
| | § | |
| WILLIAM ALLEN D/B/A DOUBLE A SETTERS AND WILLIAMS SCOTSMAN, INC., | § | of El Paso County, Texas |
| | § | (TC# 2006-4510) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.